**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 00-5320

Filed: September 25, 2007

V SECRET CATALOGUE, INC.; VICTORIA'S SECRET STORES, INC.;
VICTORIA'S SECRET CATALOGUE, INC.

Plaintiffs - Appellees

v.

VICTOR MOSELEY; CATHY MOSELEY,
dba Victor's Little Secret

Defendants - Appellants

MANDATE

Pursuant to the court's disposition that was filed 08/27/07 the mandate for this case hereby issues today.

COSTS: NONE

Filing Fee ........................$
Printing ...........................$

Total ....................$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 25, 2007

Mr. Jeffrey A. Apperson
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: No. 00-5320, *V Secret Catalogue, et al v. Moseley, et al*
Originating Case No. 98-00395

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035
Fax No. 513-564-7094
CA06-Team3@ca6.uscourts.gov

cc: Mr. Frank J. Colucci
Mr. James R. Higgins Jr.
Mr. Don A. Pisacano
Honorable Charles R. Simpson III

Enclosure